# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: INCLUSIVE ACCESS COURSE      20 MDL NO. 2946 (DLC)
MATERIALS ANTITRUST LITIGATION

## JUDGMENT

-----------------------------------------------------------

This Judgment applies to the following actions:

20cv3162  20cv3660  20cv6314  20cv6317
20cv6331  20cv6333  20cv6334  20cv6335
20cv6364  20cv6840  20cv6842  20cv6845
20cv6847  29cv6848

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 14, 2021, the Defendants' January 22, 2021 motion to dismiss is granted; judgment is entered for the Defendants and the case is closed.

**Dated:**  New York, New York
           June 15, 2021

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                                        BY:   *[signature: David J. Thomas]*
                                                **Deputy Clerk**